APPLICANT  ANDREW SHANE JOHNSON          APPLICATION NO. WR-82,992-01

APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

DENIED WITHOUT WRITTEN ORDER.

JUDGE _____          June 3, 2015   DATE